UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

KERRY KOTLER,

                    Plaintiff,

        -against-

C. BOLEY, Correctional Officer;
J. CARRERAS, Sergeant; K. CHAUVIN,
Senior Counselor; and S. REAMS,
Inmate Grievance Program Supervisor;

                   Defendants.

- - - - - - - - - - - - - - - - - X

NOTICE OF MOTION
17-CV-239

**MEMO ENDORSED**

[Handwritten endorsement:] The motion will be considered on the papers. No return date is necessary. Defense response is due 4/7/20. [Initialed/dated 3/23/20]

[Stamp:] The Clerk of the Court is directed to mail a copy of this Order to the Plaintiff

[Stamp:] USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: / DATE FILED: 3-19-20

    PLEASE TAKE NOTICE that upon the annexed declaration of the plaintiff, KERRY KOTLER, dated March 12, 2020, and accompanying Memorandum of Law, also dated March 12, 2020, the undersigned plaintiff, appearing pro-se, will move the Court on the 23rd day of April, 2020, at 9:30 o'clock in the forenoon of said day, or as soon thereafter as he may be heard, at the United States District Court, Southern District of New York, at the United States Courthouse, located at 500 Pearl Street, New York, New York, for an Order pursuant to the Federal Rules of Civil Procedure, Rules 52 and 60, reinstating plaintiff's retaliation and due process related claims against the defendants; and granting an extension of time for the plaintiff to effectuate service of the Complaint upon defendant K. CHAUVIN; and for such other and further relief as the Court deems just and proper.

Dated: March 12, 2020
       Marcy, N.Y.

                                _____
                                Kerry Kotler (Plaintiff, pro-se)
                                70954 // 404
                                Central New York Psych. Center
                                P.O. Box 300
                                Marcy, New York  13403