UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 7/17/2023
```

Kotler,

                Plaintiffs,

        -against-

Boley, et al.,

                Defendant.

----------------------------------------------------------------X

17cv239-KMK-VR

**ORDER RE STAUS CONFERENCE**

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via Teams) is hereby scheduled for 8/9/23 at 11 am.  This

conference will be conducted on the Teams platform.  Defense counsel will be provided with the

Teams conference link, which they will forward to Plaintiff's facility.

**Re: Incarcerated Prisoners**

    *Incarcerated petitioners/plaintiffs shall participate in the conference by
videoconference (in lieu of a writ appearance). It is the responsibility of counsel for
respondent/defendant to make prior arrangements with the appropriate facility to have the
petitioner/plaintiff available via telephone.*

    **SO ORDERED.**

DATED:      White Plains, New York
             July 17, 2023

                          _____
                          VICTORIA REZNIK
                          United States Magistrate Judge