**MEMO ENDORSED**

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
WESTCHESTER REGIONAL OFFICE

July 20, 2023

**By ECF**
Honorable Kenneth M. Karas
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Kotler v. Boley, et al.*, 17-cv-0239 (KMK)(PED)

Dear Judge Karas:

I write to respectfully request an adjournment of the status conference scheduled for July 27, 2023. Given the Court's Order dated July 10, 2023, Docket No. 109, extending the discovery deadline by 60 days to September 14, 2023, and the referral to Magistrate Judge Reznik for all discovery matters, Defendants respectfully request the status conference be adjourned to a date convenient for the Court at the end of September. Defendants also request the Court set a deadline by which they may file a pre-motion conference letter for their anticipated motion for summary judgment. This is the first request for an adjournment of the status conference. Thank you for your consideration of this request.

Granted. The conference is adjourned to 10/11/23, at 11:00. Movant's pre-motion letter is due 9/30/23. Non-Movant's letter is due 10/6/23.

So Ordered.
7/20/23

Respectfully submitted,

Kathryn Martin
Assistant Attorney General
914-422-8615
kathryn.martin@ag.ny.gov

cc: Kerry Kotler (ID No. 70954), plaintiff pro se
Central New York Psych. Center
P.O. Box 300
Marcy, NY 13403

44 SOUTH BROADWAY, WHITE PLAINS, NY 10601 • PHONE (914) 422-8755 • FAX (914) 422-8706 • WWW.AG.NY.GOV