UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

Kerry Kotler,

                     Plaintiff,

      -against-

C. Boley, et al.,

                     Defendants.

---------------------------------------------------------------

17-cv-239 (CS) (VR)

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

    The Court is in receipt of Plaintiff's letter motion, requesting that the Court reopen discovery. (ECF No. 131). Defendants are directed to respond by no later than **October 31, 2023**.

    A Status Conference (via Teams) is hereby scheduled for **November 6, 2023, at 10:30 AM**. This conference will be conducted on the Teams platform. The Court will supply Defendants' counsel with a Teams conference link. Defendants' counsel shall then forward the Teams conference link to Plaintiff's facility. The parties should be prepared to discuss the matters raised in Plaintiff's letter motion to reopen discovery. (ECF No. 131).

**Re: Pro Se Incarcerated Litigants**

    *Pro se incarcerated litigants* shall participate in the conference by videoconference (in lieu of a writ of appearance). It is the responsibility of *counsel for the opposing party* to make prior arrangements with the appropriate facility to procure the availability of the *pro se incarcerated litigant* via videoconference.

    SO ORDERED.

DATED:    White Plains, New York
               October 25, 2023

_____
VICTORIA REZNIK
United States Magistrate Judge

1