**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
WESTCHESTER REGIONAL OFFICE

June 4, 2024

*Via* EFC
The Honorable Kenneth Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

  Re: *Kerry Kotler v. Boley, et al.* 17-CV-239 (KMK)

Dear Judge Karas:

  I write to you to make a joint request for an adjournment of the June 11, 2024 Conference scheduled before Your Honor in the above-referenced case. Mr. Kotler is the plaintiff in another matter in the Northern District of New York, with trial dates set for June 10, 2024 – June 13, 2024. Plaintiff informed me he will send a letter to the Court confirming this information.

  Thank you.

Granted.

The conference is adjourned to 6/26/24, at 10:30

So Ordered.
*[signature]*
6/4/24

Respectfully submitted,

*[signature]*
Elizabeth Barbanes
Assistant Attorney General
elizabeth.barbanes@ag.ny.gov
(914) 422-8765

cc: Kerry Kotler, *Plaintiff Pro Se, ID No. 70954*
  Central New York Psych. Center
  P.O. Box 300
  Marcy, NY 13403