Case 7:17-cv-00239-KMK-VR Document 200 Filed 09/04/26 Page 1 of 2

**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

September 4, 2026

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

*Re: Kotler v. Boley, 17-cv-239 (SDNY/KMK)*

Dear Judge Karas:

This Office represents Defendants C Christopher Boley and John Carreras ("Defendants") in the above-referenced action. Defendants respectfully request that the Conference before Your Honor on September 22, 2026 at 10:00 am be adjourned in light of a scheduling conflict described below.

Undersigned counsel represents the defendant correction officers in a separate Section 1983 action pending in this district, *Moore v. Fitzpatrick*, 25-cv-7504 (Hon. Philip M. Halpern). On September 4, 2026, the correctional facility housing the plaintiff in that action advised that September 22, 2026 at 10:00 AM is the earliest date on which it can produce the plaintiff for his deposition and coordinate the appearance of the facility personnel whose presence the deposition requires. Fact depositions and fact discovery must be completed by September 14, 2026 in that case and a separate request to extend the deadline to accommodate the deposition will be submitted to permit the deposition to go forward. Because that date reflects the facility's scheduling and staffing constraints, undersigned counsel respectfully requests the Conference be scheduled at a different time on September 22, 2026 or date during the week of October 5, 2026 or such other date as the Court deems appropriate.

The undersigned attempted to contact Mr. Kotler by telephone to seek his position on this request. I was directed to his voicemail and left a message describing the nature of my call and requesting a return call.

Granted. The conference is adjourned to 10/ 8 /26, at 11:00 The Clerk is respectfully directed to mail this document to Plaintiff.

So Ordered.
[signature]
9/4/26

Respectfully submitted,

[signature]

Elizabeth Barbanes
Assistant Attorney General
914-422-8765
Elizabeth.barbanes@ag.ny.gov

cc: Kerry Kotler
P.O. Box 93
Coram, NY 11727