KERRY KOTLER
P.O. Box 93
Coram, New York 11727

RECEIVED
NOV 02 2026
PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 Quarropas Street
White Plains, New York 10601-4150

October 30, 2026

Re: Kotler v. Boley, et al., 17-CV-0239 (KMK)
Judge KENNETH M. KARAS
Motion In Limine

Dear Judge Karas,

I hereby write this letter as a Motion In Limine, and raise two issues herein.

Accordingly I request the Court issue an Order: (a) directing the defendant not to make any references to my criminal history, and, in particular, from making reference to any "victim" or underlying facts related thereto; and (b) outlining the process, through Court Clerk or otherwise, for me to subpoena witnesses for trial.

As to my request for the prohibition regarding criminal history, the Court should know I was released from criminal confinement and served the sentences upon my two criminal convictions ten years ago, and that these matters, related to sex offences, have no bearing upon veracity (truthfulness) in any event.

As such any such references would be more prejudicial than probative.

As to setting forth a process for the issuance of subpoenas, I would note that it is my intension to call a New York State Police officer both as part of my direct case and, should it be necessary, to impeach the defendants regarding statements made about the basis for the search of my living quarters. The defendants have not only been inconsistent with each other on this point, but also within themselves as to the justification for having initiated the search, as well as to who authorized them to conduct it.

Therefore, the report and testimony of the State Police Officer, who interviewed the defendants shortly thereafter, will be a key part of my case before the jury.

Accordingly, I seek an Order: (a) that prohibits the defendants from making any references to crimes it is alleged I committed or upon which there may have been a conviction; and (b) that outlines the process by which I will be permitted to have subpoenas issued.

Respectfully requested, ______________________
Kerry Kotler

CC: ELIZABETH BARBANES
Assistant Attorney General
OFFICE OF ATTORNEY GENERAL
44 South Broadway, Suite 500
White Plains, New York 10601

With respect to Plaintiff's request for an order outlining the process by which he may issue subpoenas, the Court respectfully directs Plaintiff to the following publicly-available resources: Representing Yourself at Trial: A Manual for Pro Se Litigants, available at this link: https://nysd.uscourts.gov/forms/representing-yourself-trial; and the Civil Action Trial/Hearing Subpoena Form, available here: https://www.nysd.uscourts.gov/forms/subpoena-appear-and-testify-hearing-or-trial-civil-action.

The Clerk of Court is respectfully directed to mail this document to Plaintiff.

So ordered.

November 9, 2026

# AFFIRMATION OF SERVICE

KERRY KOTLER, hereby declares, that on the 30th day of October, 2026 I served a true copy of the enclosed letter (In Limine Motion), same date, by overnight mail upon:

ELIZABETH BARBANES
Assistant New York State Attorney General
OFFICE OF ATTORNEY GENERAL
44 South Broadway
White Plains, New York 10601

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 30, 2026
Riverhead, New York

Kerry Kotler

From: Kerry Kotler
P.O. Box 93
Coram, New York
11727

[redacted]

U.S. POSTAGE PAID
FCM LETTER
RIVERHEAD, NY 11901
OCT 30, 2026

Retail

UNITED STATES POSTAL SERVICE

10601

$0.82

RDC 99 0 Lb 0.70 Oz S2324A501357-02

RECEIVED
NOV 02 2026
PRO SE OFFICE

To: United States District Court
Southern District of N.Y.
300 Quarropas Street
White Plains, New York
10601-4150

ReadyPost®
Document Mailer

10601-415099

UNITED STATES POSTAL SERVICE®

93300006
6" x 9" Envelope

1PJE2150 • AIC-093
Product Code 93300006
www.usps.com
A product of the United States Postal Service®
MADE IN THE U.S.A.

0 15645 72738 0 00

RECEIVED
NOV 02 2026
U.S.D.C.
W.P.